**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JORDAN BONDIE** | **CIVIL ACTION** |
| | **NO. 6:23-cv-01209-DCJ-DJA** |
| **Plaintiff,** | |
| | |
| **VERSUS** | **DISTRICT JUDGE:** |
| | **HON. DAVID C. JOSEPH** |
| **PILOT TRAVEL CENTER LLC DBA** | |
| **PILOT TRAVEL CENTER #274** | |
| | **MAGISTRATE JUDGE:** |
| **Defendant.** | **HON. DAVID J. AYO** |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Joint Stipulation of Dismissal with Prejudice [Doc. 37];

**IT IS ORDERED** that all claims brought by all parties be and hereby are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Lafayette, Louisiana, this 2nd day of January 2025.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**